MEGHAN BLANCO (California State Bar No. 238171)
LAW OFFICES OF MEGHAN BLANCO
28202 Cabot Road, Suite 300
Laguna Niguel, CA 92677
Telephone: (949) 296-9869
Facsimile: (949) 606-8988
mblanco@meghanblanco.com

Attorney for Defendant:
GABRIEL ZENDEJAS-CHAVEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   vs.<br><br>GABRIEL ZENDEJAS-CHAVEZ,<br><br>         Defendant. | Case No. 18 CR-173-GW<br><br>**APPLICATION FOR ORDER DIRECTING THE UNITED STATES TO IDENTIFY THE SOURCE OF INFORMATION ABOUT MR. CHAVEZ CONTAINED IN YOUTUBE VIDEOS** |

TO THE HONORABLE GEORGE WU: Defendant Chavez hereby moves for orders (1) directing the United States to identify the source(s) of confidential information gathered in this case that was recently leaked in public YouTube videos by former Mexican Mafia Member-turned government informant, Ramon "Mundo" Mendoza, (2) sanctioning the government official who disseminated confidential information to Mendoza, (3) directing the United States to produce all information discussed in the videos, including *Brady* information, forthwith, and (4) allowing Mr. Chavez to possess discovery relating to the charges against him.

//

1

This motion is based on the attached memorandum of points and authorities, the files in this case, and any further argument the Court wishes to hear on this motion.

Dated: July 8, 2021                                  Respectfully submitted,


By:_____/s/_____
**MEGHAN A. BLANCO**
**Attorney for Defendant**
**GABRIEL ZENDEJAS-CHAVEZ**

2

APPLICATION FOR ORDERS REGARDING THE PUBLIC DISSEMINATION OF CONFIDENTIAL INFORMATION BY FORMER MEXICAN MAFIA MEMBER MUNDO MENDOZA

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. BACKGROUND

### A. The June 27, 2021 Video

On January 27, 2021, former Mexican Mafia Member-turned government informant, Ramon "Mundo" Mendoza, released a video titled *Modern EME Mob Events * Clear and Present Danger,* (https://www.youtube.com/watch?v=24ykC6643b8) on a YouTube channel he co-hosts with a number of current and former law enforcement officers and another former Mexican Mafia Member-turned-government informant, Rene "Boxer" Enriquez.  The YouTube Channel is named *Police and Fire Publishing,* however Mendoza has previously published videos using the channel *Eme Chronicles*. *Police and Fire Publishing* describes itself as a company that "offers exclusive books and other merchandise related to law enforcement and the underworld of street and prison gangs across America." (https://www.youtube.com/c/EMECHRONICLES/about).  It claims to have "spent years developing a series of textbooks and DVDs that are designed to assist criminal justice majors in obtaining a law enforcement position.  With decades of experience and expertise from professionals such as a police sergeant, background investigator and a crime scene investigator, our focus is to maintain a reality based approach and supplement the programs of higher learning institutions.  The ultimate objective is to assist in the development of exceptional candidates for employment in these positions."  (https://www.policeandfirepublishing.com).  Its contributing authors include Mendoza, Rene "Boxer" Enriquez, retired LAPD detective Tony Moreno, DEA Special Agent Gary Sloan, DOJ instructor Rick Serrato, retired Santa Ana Police Sergeant Pete Bollinger, and government gang

expert, Al Valdez. Many current law enforcement officers as well as FBI task officers have also been credited by the authors.

The video is 17 minutes and 7 seconds long.  At 11:13, Mendoza discusses the "Dirty Thirds" investigation.  At 13:22, Mendoza displays a private photograph of Gabriel Chavez next to a Spanish language meme that reads, "El peor enemiga de un Mexicano es otro Mexicano, que se creee Gringo" (the worst enemy of a Mexican is another Mexican who thinks he's white).  The photograph was taken by Mr. Chavez' wife during Father's Day dinner in 2017 and was seized in connection with the instant investigation.  The government produced the photograph under a protective order.

At 13:56, Mendoza explains why agents named the investigation Operation Dirty Thirds:  "when brief hiatus periods would take place in between shipments (of drugs), other inmates who wanted to sell their smuggled drugs were forced to wait until the Mexican Mafia supply had been exhausted.  The enterprising inmates were then taxed one third of their supply to the Eme.  This tax became the code name for the investigation, Operation Dirty Thirds."  At 14:21 Mendoza then publishes another ***non-public*** photograph of Mr. Chavez that was seized in connection with this investigation and produced pursuant to a protective order.  The photograph was taken at Mr. Chavez's biological uncle's funeral on December 6, 2018.  Mendoza falsely explains that Mr. Chavez is shown "attending the Tijuana funeral of Mexican Mafia member Robert 'Peanut Butter' Ruiz," whom the government alleges Mr. Chavez worked for.  Information regarding Peanut Butter's funeral, including who the government believes attended it, was also produced under a protective order.  This information is not public and would not be known to Mr. Mendoza unless a law enforcement officer privy to confidential

information in this case shared it with him. Mr. Mendoza has been in Witness Protection since the 1980's. He has no contact whatsoever with any active gang member and frequently admits that he obtains all information regarding current Eme events through active law enforcement contacts.

Throughout the video, Mendoza discusses other, non-public information regarding this case, including the murder or P.C., aka Malo from Echo Park (Overt acts 325 through 333).

**B. The June 19, 2021 Video**

This is not the first-time Mr. Mendoza has disseminated confidential information about this case in YouTube videos. Just last week, Mr. Mendoza published another video, titled *Mexican Mafia Updates * 21st Century Eme Events* (https://www.youtube.com/watch?v=urKKBtJ_C3c ), that discussed both Mr. Chavez and other conduct at issue in this case, including stripping Mexican Mafia member A.E. of his membership and the allegedly related murders of D.C. and G.E. (overt acts 301 through 308). According to the Indictment in this case, defendant Landa-Rodriguez spearheaded movement to strip A.E. of his membership because A.E. allegedly collected taxes in areas controlled by Landa. (Id.). At 2:35 of the video, Mendoza discusses these alleged events and references both confidential information as well as information that has not been produced to defense counsel. He describes how T.E. controlled numerous prison yards from Cochran State Prison, and how he received and ignored "numerous requests and orders from Mexican Mafia members at Pelican Bay who requested he share some of his proceeds." He described how David "Radio' Cortes was one of A.E.'s trusted associates living in Rosarito, Baja California, Mexico. At approximately 3:23, he then publishes the text of a confidential correspondence that law

enforcement intercepted from A.E. to Cortes inquiring whether Cortes had become a made Mexican Mafia member, and discusses MS-13's alleged role in executing Cortes in Tijuana, allegedly at the Mexican Mafia's direction. The correspondence has not been produced to defense counsel. Similarly, although Cortes's murder is described in Overt Act 306, information concerning MS-13's alleged role in his murder has not been produced to defense counsel. This information would be exculpatory.

At 4:15 Mendoza described how "following the death of Radio, A.E.'s soldiers throughout the CDCR, including out of state facilities, contracted through CDCR, were assaulted and removed from power." This information has not been produced to defense counsel, despite several requests for it. At 4:30 Mendoza describes the murder of A.E.'s brother George Estrada, which is also described in Overt Act 308. Mendoza then appears to read excerpts about the murder from police reports. These reports have not been produced to defense counsel. In fact, much of the information discussed in the video concerning Estrada's murder has not been produced to defense counsel, including information that appears to be *Brady*, like alleged letters directed to A.E. that law enforcement has apparently intercepted, and police reports from G.E..'s murder investigation that Mendoza appears to read in the video.

Several months before this video, Mendoza produced yet another video that published wire intercepts of Jose Landa Rodriguez. The video was removed when a viewer questioned how Mr. Mendoza came into possession of the confidential wire transcripts. Although counsel for Mr. Chavez viewed the video, it was removed before it could be preserved.

6

APPLICATION FOR ORDERS REGARDING THE PUBLIC DISSEMINATION OF CONFIDENTIAL INFORMATION BY FORMER MEXICAN MAFIA MEMBER MUNDO MENDOZA

...

...

Mendoza also recently co-authored a book titled *The Unholy Alliance – Mexican Mafia, Cartels, and Surenos*, with Task Force Officer Christopher Brandon. (https://www.policeandfirepublishing.com/product-page/the-unholy-alliance-mexican-mafia-cartels-and-sure%C3%B1os). Before his retirement 2019, TFO Brandon was one of the lead TFOs on this case. He participated in numerous confidential source interviews, including interviews that discussed the same confidential information released in Mendoza's videos.

II. <u>Argument</u>

A. <u>The Court Should Order the Government to Identify the Source of Information</u>

On June 8, 2018, the government obtained a protective order regarding witness/victim identifying information. (CR 582). Among other things, the order prohibits anyone who is not a member of a defense team, including defendants in this case, from possessing most of the discovery the government has produced to date. Despite this, confidential information that was gathered in connection with the government's investigation, including non-public photographs of Mr. Chavez, has made its way into the hands of a former Mexican Mafia member and government informant, who is now publicly disseminating that information for profit via a YouTube channel he co-owns with several law enforcement officers. His public dissemination of confidential information from this case exposes people -- including Mr. Chavez, whose photograph was publicly displayed against a backdrop of disparaging remarks and information linking him to other codefendants in this case, to harm.

According to the Indictment in this case, at least three individuals have already been murdered because of their association with one or more former

Mexican Mafia members. (Overt Acts 306, 308 and 333, among others). Mendoza links Mr. Chavez to one or more Mexican Mafia members while he prominently displays private, family photographs of Mr. Chavez that were seized during this investigation and that can be used to locate and identify him.

To prevent further dissemination of confidential information, and to limit risks to Mr. Chavez and others, the government must identify who provided Mendoza with confidential information from this case to prevent further dissemination and to ensure that members of its instigative teams oblige by this Court's protective order. The government must also specifically inquire whether TFO Brandon – who recently coauthored a book with Mendoza and is profiting from information he gathered as a TFO, including information he gathered during his work on this case – disclosed protected information to a former Mexican Mafia member who disseminated that information, for a profit, on a public forum.

B. <u>The Court Should Issue Meaningful Sanctions Against Any Current or Former Government Official Who Leaked Confidential, Privileged Information to Former Mexican Mafia Member Mendoza in Violation of This Court's Order</u>

The Court should issue meaningful sanctions against any government official who leaked privileged, confidential information to Mendoza. Releasing protected information for profit violated this Court's Protective Order. It put lives at risk, including Mr. Chavez's. And lastly, it contaminated the jury pool by publicizing confidential information about Mr. Chavez in a false and disparaging light. For all of these reasons, sanctions must be ordered.

//

//

### C. The Court Should Order the Government to Produce all Information Referenced in the Public Videos

In addition to possessing confidential information that exposes individuals to potential harm, Mendoza also possesses relevant information, including *Brady* information, that the government has not even produced to defense counsel yet. This information includes:

(1) Police reports from G.E.'s murder (OA 308)

(2) Information linking MS-13 to Cortes's murder in Tijuana (OA 306)

(3) Letters from A.E. to Cortes (OA 303-308)

(4) Letters from unnamed inmates at Pelican Bay State Prison to A.E. concerning A.E.'s refusal to share alleged tax proceeds (OA 303-308)

(5) Information that Mr. Chavez attended Ruiz's funeral in Mexico (throughout)

(6) Information regarding individuals who, the government believes were involved in Cordero's murder (OA 333)

(7) Information that individuals housed at Pelican Bay used a known secretary in Colorado (throughout)

(8) Information concerning attacks on individuals who worked for A.E. (OA 303-308)

This information exists, is in the possession of the government, and has been provided to a former Mexican Mafia Member but not one member of any defense team. The government should be ordered to produce this information to defense counsel forthwith.

//

//

//

APPLICATION FOR ORDERS REGARDING THE PUBLIC DISSEMINATION OF CONFIDENTIAL INFORMATION BY FORMER MEXICAN MAFIA MEMBER MUNDO MENDOZA

<u>The Court Should Authorize Mr. Zendejas-Chavez to Access Discovery Material</u>

The government has allowed Mendoza to disseminate confidential discovery via his YouTube channel, yet it continues to object to Mr. Chavez, who is a licensed lawyer, from possessing copies of his own discovery. The Court should allow Mr. Chavez to possess copies of his discovery pursuant to the protective order that applies to all other lawyers in this case.

III. CONCLUSION

For the foregoing reasons, the Court should grant this request in its entirety and (1) order the United States to identify the source(s) of confidential information gathered in this case that was recently leaked in public YouTube videos, (2) issue sanctions against any government official who leaked information to Mendoza, (3) order the United States to produce all information discussed in the videos, including *Brady* information, and (4) allow Mr. Chavez to possess discovery relating to the charges against him.

10

APPLICATION FOR ORDERS REGARDING THE PUBLIC DISSEMINATION OF CONFIDENTIAL INFORMATION BY FORMER MEXICAN MAFIA MEMBER MUNDO MENDOZA