STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
GREGORY BERNSTEIN (Cal. Bar No. 299204)
KEITH D. ELLISON (Cal. Bar No. 307070)
GREGG E. MARMARO (Cal. Bar No. 338627)
Assistant United States Attorneys
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-5339/3183/6920/8500
     Facsimile: 213-894-0142
     E-mail: shawn.nelson@usdoj.gov
             gregory.bernstein@usdoj.gov
             keith.ellison2@usdoj.gov
             gregg.marmaro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CR-00173(A)-GW |
| Plaintiff, | EX PARTE APPLICATION FOR ORDER FOR DISCLOSURE OF DISCOVERY SUBJECT TO PROTECTIVE ORDER TO PARTIES IN ANOTHER CASE |
| v. | |
| JOSE LANDA-RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Shawn J. Nelson, Gregory Bernstein, Keith D. Ellison, and Gregg E. Marmaro, hereby applies Ex Parte for an order for the disclosure of discovery produced pursuant to the protective order in this case to parties in another case.

This Application is based upon the attached declaration of Shawn J. Nelson, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: July 21, 2022                    Respectfully submitted,

                                                STEPHANIE S. CHRISTENSEN
                                                Acting United States Attorney

                                                SCOTT M. GARRINGER
                                                Assistant United States Attorney
                                                Chief, Criminal Division

                                                /S/ *Shawn J. Nelson*
                                                SHAWN J. NELSON
                                                GREGORY BERNSTEIN
                                                KEITH D. ELLISON
                                                GREGG E. MARMARO
                                                Assistant United States Attorneys

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA