STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
GREGORY BERNSTEIN (Cal. Bar No. 299204)
KEITH D. ELLISON (Cal. Bar No. 307070)
GREGG E. MARMARO (Cal. Bar No. 338627)
Assistant United States Attorneys
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-5339/3183/6920/8500
     Facsimile: 213-894-0142
     E-mail: shawn.nelson@usdoj.gov
             gregory.bernstein@usdoj.gov
             keith.ellison2@usdoj.gov
             gregg.marmaro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-173(A)-GW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOSE LANDA-RODRIGUEZ, et al., | |
| Defendant. | |

Notwithstanding the Court's discovery protective order, docket number 582, the Government is permitted to disclose discovery pages DT58748-DT58750 to defendants in United States v. Mongol Nation, case number CR 13-106-DOC, so long as such disclosure is made pursuant to a protective order identical to that in docket number 582.

///

///

///

1   IT IS SO ORDERED.

2

3   _July 21, 2022_
4   DATE                                   HONORABLE GEORGE H. WU
                                           UNITED STATES DISTRICT JUDGE
5
    Presented by:
6
    /S/ *Shawn J. Nelson*
7   SHAWN J. NELSON
    Assistant United States Attorney
8