STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
GREGORY BERNSTEIN (Cal. Bar No. 299204)
KEITH D. ELLISON (Cal. Bar No. 307070)
GREGG E. MARMARO (Cal. Bar No. 338627)
Assistant United States Attorneys
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: 213-894-5339/3183/6920/8500
    Facsimile: 213-894-0142
    E-mail: shawn.nelson@usdoj.gov
         gregory.bernstein@usdoj.gov
         keith.ellison2@usdoj.gov
         gregg.marmaro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LANDA-RODRIGUEZ, et al.,<br>[#2-GABRIEL ZENDEJAS-CHAVEZ]<br><br>    Defendant. | No. 2:18-cr-00173(A)-GW-2<br><br>GOVERNMENT'S PROPOSED VERDICT FORM<br><br>Trial Date: August 2, 2022<br>Trial Time: 8:30 a.m.<br>Location:  Courtroom of the Hon.<br>          George Wu |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Shawn J. Nelson, Gregory Bernstein, Keith D. Ellison, and Gregg E. Marmaro, hereby

///

///

submits the Government's Proposed Verdict Form in the above-captioned case.[1]

Dated: June 24, 2022                    Respectfully submitted,

                                        STEPHANIE S. CHRISTENSEN
                                        Acting United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                         /S/
                                        SHAWN J. NELSON
                                        GREGORY BERNSTEIN
                                        KEITH D. ELLISON
                                        GREGG E. MARMARO
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

---

[1] On July 23, 2022, counsel for defendant represented that defendant would be filing his own proposed verdict form.

2

**COUNT ONE**

**Racketeering Conspiracy**

1.   We, the Jury, unanimously find the defendant GABRIEL ZENDEJAS-CHAVEZ (*check one*):

    \_\_\_\_\_ GUILTY or

    \_\_\_\_\_ NOT GUILTY

as charged in Count One of the First Superseding Indictment.

*(If the response to Question 1 is Guilty, you must also answer Question 2.  If the response to Question 1 is Not Guilty, proceed directly to Question 5.)*

2.   We, the Jury, having found the defendant GABRIEL ZENDEJAS-CHAVEZ guilty of Count One, further unanimously find that it was reasonably foreseeable to the defendant that the overall conspiracy would engage in a pattern of racketeering activity consisting of at least the following crimes (*select all that apply*):

    \_\_\_\_ Murder

    \_\_\_\_ Extortion

    \_\_\_\_ Drug Trafficking

    \_\_\_\_ Witness Tampering

    \_\_\_\_ Witness Retaliation

    \_\_\_\_ Money Laundering

*(continued on next page)*

*(If the response to Question 1 is Guilty and in reaching such a verdict you unanimously find that the pattern of racketeering activity would include drug trafficking, you must also answer Questions 3 and 4.  If the response to Question 1 is Not Guilty, or if you found the defendant Guilty but further found that the pattern of racketeering activity would not include drug trafficking, proceed directly to Question 5.)*

    3.   We, the Jury, having found the defendant GABRIEL ZENDEJAS-CHAVEZ guilty of Count One, further unanimously find that it was reasonably foreseeable to the defendant that the overall drug conspiracy would involve the following amount of methamphetamine (*pick the largest applicable amount*):

    a.   At least 50 grams of methamphetamine.
          ____ YES
          ____ NO

    b.   At least 5 grams of methamphetamine.
          ____ YES
          ____ NO

    c.   Less than 5 grams of methamphetamine.
          ____ YES
          ____ NO

*(continued on next page)*

4. We, the Jury, having found the defendant GABRIEL ZENDEJAS-CHAVEZ guilty of Count One, further unanimously find that it was reasonably foreseeable to the defendant that the overall drug conspiracy would involve the following amount of a mixture or substance containing a detectable amount of heroin (*check one*):

  At least 100 grams of a mixture or substance containing a detectable amount of heroin.

    ____ YES

    ____ NO

(*continued on next page*)

**COUNT FIVE**

**Drug Trafficking Conspiracy**

5. We, the Jury, unanimously find the defendant GABRIEL ZENDEJAS-CHAVEZ (*check one*):

    \_\_\_\_\_ GUILTY or

    \_\_\_\_\_ NOT GUILTY

as charged in Count Five of the First Superseding Indictment.

(*If the response to Question 5 is Guilty, you must also answer Questions 6 and 7.  If the response to Question 4 is Not Guilty, proceed directly to Question 8.*)

6. We, the Jury, having found the defendant GABRIEL ZENDEJAS-CHAVEZ guilty of Count Five, further unanimously find that it was reasonably foreseeable to the that the overall drug conspiracy would involve the following amount of methamphetamine (*pick the largest applicable amount*):

    a. At least 50 grams of methamphetamine.

        \_\_\_\_ YES

        \_\_\_\_ NO

    b. At least 5 grams of methamphetamine.

        \_\_\_\_ YES

        \_\_\_\_ NO

    c. Less than 5 grams of methamphetamine.

        \_\_\_\_ YES

        \_\_\_\_ NO

(*continued on next page*)

7. We, the Jury, having found the defendant GABRIEL ZENDEJAS-CHAVEZ guilty of Count Five, further unanimously find that it was reasonably foreseeable to the defendant that the overall drug conspiracy would involve the following amount of a mixture or substance containing a detectable amount of heroin:

At least 100 grams of a mixture or substance containing a detectable amount of heroin.

     ____ YES

     ____ NO

(*continued on next page*)

**COUNT SEVEN**

**Possession of Methamphetamine with Intent to Distribute, Aiding and Abetting**

8.  We, the Jury, unanimously find defendant GABRIEL ZENDEJAS-CHAVEZ (*check one*):

\_\_\_\_\_ GUILTY or

\_\_\_\_\_ NOT GUILTY

as charged in Count Seven of the First Superseding Indictment.

(*If your response to Question 8 is Guilty, you must also answer Question 9.  If the response to Question 8 is Not Guilty, proceed directly to Question 10.*)

9.  We, the Jury, having found the defendant GABRIEL ZENDEJAS-CHAVEZ guilty of Count Seven, further unanimously find that the defendant aided and abetted in the possession with intent to distribute the following amount of methamphetamine (*check one*):

At least 5 grams of methamphetamine.

\_\_\_\_ YES

\_\_\_\_ NO

(*continued on next page*)

6

# COUNT EIGHT

## Possession of Heroin with Intent to Distribute, Aiding and Abetting

10. We, the Jury, unanimously find defendant GABRIEL ZENDEJAS-CHAVEZ (*check one*):

  \_\_\_\_\_ GUILTY or

  \_\_\_\_\_ NOT GUILTY

as charged in Count Eight of the First Superseding Indictment.

DATED _____ in Los Angeles, California

               _____

               [FOREPERSON OF THE JURY]