STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
GREGORY BERNSTEIN (Cal. Bar No. 299204)
KEITH D. ELLISON (Cal. Bar No. 307070)
GREGG E. MARMARO (Cal. Bar No. 338627)
Assistant United States Attorneys
     1100/1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-5339/3183/6920/8500
     Facsimile: 213-894-0142
     E-mail: shawn.nelson@usdoj.gov
             gregory.bernstein@usdoj.gov
             keith.ellison2@usdoj.gov
             gregg.marmaro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00173(A)-GW-2 |
|---|---|
| Plaintiff, | [PROPOSED] STATEMENT OF THE CASE |
| v. | Trial Date: August 2, 2022<br>Trial Time: 8:30 a.m. |
| JOSE LANDA-RODRIGUEZ, et al.,<br>[#2-GABRIEL ZENDEJAS-CHAVEZ] | Location: Courtroom of the Honorable George H. Wu |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Shawn J. Nelson,

///

///

Gregory Bernstein, Keith D. Ellison, and Gregg E. Marmaro hereby submits this Proposed Statement of the Case.

Dated: July 24, 2022              Respectfully submitted,

                                  STEPHANIE S. CHRISTENSEN
                                  Acting United States Attorney

                                  SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                        /s/
                                  SHAWN J. NELSON
                                  GREGORY BERNSTEIN
                                  KEITH D. ELLISON
                                  GREGG E. MARMARO
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

**STATEMENT OF THE CASE**

The First Superseding Indictment ("Indictment") charges defendant Gabriel Zendejas-Chavez ("defendant") with violations of federal criminal law.  The Indictment is not evidence.  Defendant has entered a plea of not guilty to each of the charges against him.

The Indictment alleges that defendant conspired with others to conduct or to participate in the affairs of the Mexican Mafia's Los Angeles County Jail System ("LACJ") Enterprise through a pattern of racketeering activity, including acts involving murder, extortion, drug trafficking, witness intimidation, witness retaliation, and money laundering.

As set forth in the Indictment, the Mexican Mafia LACJ Enterprise operated for the benefit of the Mexican Mafia member or members deemed by the Mexican Mafia to be in control of the LACJ. The Mexican Mafia LACJ Enterprise operated within LACJ facilities and in some surrounding neighborhoods by imposing the rules of the Mexican Mafia on inmates within LACJ facilities and on members of predominantly Hispanic street gangs.  Using the methods of the Mexican Mafia, the Mexican Mafia LACJ Enterprise controlled drug trafficking activities and the distribution of drug trafficking proceeds, extortion, and the enforcement of Mexican Mafia rules (which were used as a basis for extortion) within LACJ custody facilities and in some surrounding neighborhoods.

The Indictment alleges that defendant acted as a facilitator, that is, a highest-level associate, for the Mexican Mafia members who controlled the Mexican Mafia LACJ Enterprise and would act with the authority of those members in directing the criminal activities of the Mexican Mafia LACJ Enterprise, including extortion and drug

sales.  In particular, the Indictment alleges that defendant would use his position as an attorney to assist Mexican Mafia Member Jose Landa-Rodriguez, another now-deceased Mexican Mafia member, and other co-conspirators, with criminal activities inside and outside the Los Angeles County Jail System.

Defendant is charged in four counts of the Indictment.

<u>Count One</u> charges defendant with conspiring to violate the federal Racketeer Influenced and Corrupt Organizations Act, also known as "RICO.".

<u>Count Five</u> charges defendant with conspiring to distribute methamphetamine, heroin, cocaine, and marijuana.  Count Five further alleges that the overall conspiracy, to which defendant was a member, involved the following:

(1) at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine;

(2) at least 50 grams of methamphetamine;

(3) at least 100 grams of a mixture and substance containing a detectable amount of heroin;

(4) cocaine; and

(5) marijuana.

<u>Count Seven</u> charges defendant with aiding and abetting the possession with intent to distribute of approximately 7.75 grams of methamphetamine.

<u>Count Eight</u> charges defendant with aiding and abetting the possession with intent to distribute of approximately 2.37 grams of a mixture and substance containing a detectable amount of heroin.