MEGHAN A. BLANCO (Cal. Bar No. 238171)
Law Offices of Meghan Blanco
    28202 Cabot Road
    Suite 300
    Laguna Niguel, CA 92677
    Telephone:    (949) 296-9869
    Facsimile:    (949) 606-8988
    Email:        mblanco@meghanblanco.com

Attorney for Defendant
GABRIEL ZENDEJAS-CHAVEZ

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-173-GW |
|---|---|
| Plaintiff, | DEFENDANT CHAVEZ'S STATEMENT OF THE CASE |
| v. | |
| GABRIEL ZENDEJAS-CHAVEZ (3)., | Location:   Courtroom of the Hon. George Wu |
| Defendant. | |

Defendant Gabriel Zendejas-Chavez, by and through his counsel of record, Meghan Blanco, files the instant proposed statement of the case.

Dated: July 23, 2022         Respectfully submitted,

                             _____/s/_____
                             MEGHAN BLANCO
                             Attorney for Defendant
                             GABRIEL ZENDEJAS-CHAVEZ

STATEMENT OF THE CASE -- DEFENSE

The First Superseding Indictment ("Indictment") charges Gabriel Zendejas-Chavez with violations of federal criminal law. The Indictment is not evidence. Mr. Zendejas-Chavez has entered a plea of not guilty and is presumed innocent of the charges against him. The Indictment alleges that Mr. Zendejas-Chavez conspired with others to conduct or to participate in the affairs of the Mexican Mafia's Los Angeles County Jail System ("LACJ") Enterprise through a pattern of racketeering activity, including acts involving extortion and drug trafficking.

Mr. Zendejas-Chavez is a defense attorney. The Indictment alleges that Mr. Zendejas-Chavez acted as a facilitator, that is, a highest-level associate, for two Mexican Mafia members who controlled the Mexican Mafia LACJ Enterprise and would act with the authority of those members in directing the criminal activities of the Mexican Mafia LACJ Enterprise, including extortion and drug sales. In particular, the Indictment alleges that Mr. Zendejas-Chavez would use his position as an attorney to assist Mexican Mafia Member Jose Landa-Rodriguez, another now-deceased Mexican Mafia member, and other members of the LACJ Enterprise, with criminal activities.

Mr. Zendejas-Chavez is charged in four counts of the Indictment. Count One charges Mr. Zendejas-Chavez with conspiring to violate the federal Racketeer Influenced and Corrupt Organizations Act, also known as "RICO."

Count Five charges Mr. Zendejas-Chavez with conspiring to distribute methamphetamine, heroin, cocaine, and marijuana. Count Five further alleges that the overall conspiracy, to which Mr. Zendejas-Chavez is alleged to have been a member, involved the

following:

   (1)   at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine;
   (2)   at least 50 grams of methamphetamine;
   (3)   at least 100 grams of a mixture and substance containing a detectable amount of heroin;
   (4)   cocaine; and
   (5)   marijuana

Count Seven charges Mr. Zendejas-Chavez with aiding and abetting the possession with intent to distribute of approximately 7.75 grams of methamphetamine.

Count Eight charges Mr. Zendejas-Chavez with aiding and abetting the possession with intent to distribute of approximately 2.37 grams of a mixture and substance containing a detectable amount of heroin.

Once again, the Indictment is not evidence.  Mr. Zendejas-Chavez has entered a plea of not guilty and is presumed innocent of the charges against him.