MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone: (949) 296-9869
    Facsimile: (949) 606-8988
    E-mail:   mblanco@meghanblanco.com

Attorney for Gabriel Zendejas-Chavez

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-cr-173-GW |
|---|---|
| Plaintiff, | DEFENDANT GABRIEL ZENDEJAS-CHAVEZ'S RESPONSE TO GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE DURESS DEFENSE |
| v. | |
| GABRIEL ZENDEJAS-CHAVEZ, | |
| Defendant. | |

Defendant Gabriel Zendejas-Chavez, by and through his counsel, Meghan Blanco, files the instant response to the government's motion in limine to preclude duress defense.

//
//
//
//
//
//

1

This response is based on the records and files in this case, and such oral or documentary evidence as may be presented at the hearing on the government's motion and during trial.

Respectfully Submitted,

Dated: July 27, 2022

                         *//s// Meghan Blanco*
                         MEGHAN BLANCO
                         COUNSEL FOR DEFENDANT
                         GABRIEL ZENDEJAS-CHAVEZ

MEMORANDUM OF POINTS AND AUTHORITIES

I. INTRODUCTION AND FACTS

Defense previously provided government counsel notice of its intent to utilize what could be characterized as a duress defense, at trial. The defense advised that it did not believe the defense properly fit within the confines of duress, as Mr. Zendejas-Chavez did not, in fact, commit a crime, but that it was providing notice in an abundance of caution. Should Mr. Zendejas-Chavez utilize a duress defense at trial, he will provide the Court with an offer of proof beforehand.

Respectfully Submitted,

Dated: July 20, 2022

*//s// Meghan Blanco*
MEGHAN BLANCO
COUNSEL FOR DEFENDANT
GABRIEL ZENDEJAS-CHAVEZ