STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
GREGORY BERNSTEIN (Cal. Bar No. 299204)
KEITH D. ELLISON (Cal. Bar No. 307070)
GREGG E. MARMARO (Cal. Bar No. 338627)
Assistant United States Attorneys
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: 213-894-5339/3183/6920/8500
    Facsimile: 213-894-0142
    E-mail: shawn.nelson@usdoj.gov
         gregory.bernstein@usdoj.gov
         keith.ellison2@usdoj.gov
         gregg.marmaro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-CR-00173(A)-GW-2 |
| Plaintiff, | [PROPOSED] STATEMENTS OF THE CASE |
| v. | Trial Date: August 2, 2022<br>Trial Time: 8:30 a.m. |
| JOSE LANDA-RODRIGUEZ, et al.,<br>[#2-GABRIEL ZENDEJAS-CHAVEZ] | Location: Courtroom of the Honorable George H. Wu |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Shawn J. Nelson, Gregory Bernstein, Keith D. Ellison, and Gregg E. Marmaro, and defendant Gabriel Zendejas-Chavez, by and through his counsel of

///

///

record, Meghan Blanco, hereby submit their respective Proposed Statements of the Case.

Dated: July 27, 2022                    Respectfully submitted,

                                        STEPHANIE S. CHRISTENSEN
                                        Acting United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                          /s/
                                        SHAWN J. NELSON
                                        GREGORY BERNSTEIN
                                        KEITH D. ELLISON
                                        GREGG E. MARMARO
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: July 27, 2022                      /s/ via email authorization
                                        MEGHAN A. BLANCO
                                        Attorney for Defendant
                                        GABRIEL ZENDEJAS-CHAVEZ

**JOINT STATEMENT OF THE CASE (Pre-Voir Dire)**[1]

[Defendant] Gabriel Zendejas-Chavez is charged with violations of federal criminal law, including racketeering on behalf of the Mexican Mafia and drug trafficking. In particular, the First Superseding Indictment alleges that [Defendant] Gabriel Zendejas-Chavez would use his position as an attorney to assist Mexican Mafia members and other co-conspirators with criminal activities inside and outside the Los Angeles County Jail System. The Indictment is not evidence. [Defendant] Gabriel Zendejas-Chavez has entered a plea of not guilty to each of the charges against him and is presumed innocent.

---

[1] Defendant objects to the use of the term "defendant" throughout the proposed statement.

**GOVERNMENT'S PROPOSED STATEMENT OF THE CASE (Post-Voir Dire)**

The First Superseding Indictment ("Indictment") charges defendant Gabriel Zendejas-Chavez ("defendant") with violations of federal criminal law. The Indictment is not evidence. Defendant has entered a plea of not guilty to each of the charges against him.

The Indictment alleges that defendant conspired with others to conduct or to participate in the affairs of the Mexican Mafia's Los Angeles County Jail System ("LACJ") Enterprise through a pattern of racketeering activity, including acts involving murder, extortion, drug trafficking, witness intimidation, witness retaliation, and money laundering.

As set forth in the Indictment, the Mexican Mafia LACJ Enterprise operated for the benefit of the Mexican Mafia member or members deemed by the Mexican Mafia to be in control of the LACJ. The Mexican Mafia LACJ Enterprise operated within LACJ facilities and in some surrounding neighborhoods by imposing the rules of the Mexican Mafia on inmates within LACJ facilities and on members of predominantly Hispanic street gangs. Using the methods of the Mexican Mafia, the Mexican Mafia LACJ Enterprise controlled drug trafficking activities and the distribution of drug trafficking proceeds, extortion, and the enforcement of Mexican Mafia rules (which were used as a basis for extortion) within LACJ custody facilities and in some surrounding neighborhoods.

The Indictment alleges that defendant acted as a facilitator, that is, a highest-level associate, for the Mexican Mafia members who controlled the Mexican Mafia LACJ Enterprise and would act with the authority of those members in directing the criminal activities of the Mexican Mafia LACJ Enterprise, including extortion and drug

sales. In particular, the Indictment alleges that defendant would use his position as an attorney to assist Mexican Mafia Member Jose Landa-Rodriguez, another now-deceased Mexican Mafia member, and other co-conspirators, with criminal activities inside and outside the Los Angeles County Jail System.

Defendant is charged in four counts of the Indictment.

Count One charges defendant with conspiring to violate the federal Racketeer Influenced and Corrupt Organizations Act, also known as "RICO.".

Count Five charges defendant with conspiring to distribute methamphetamine, heroin, cocaine, and marijuana. Count Five further alleges that the overall conspiracy, to which defendant was a member, involved the following:

(1) at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine;

(2) at least 50 grams of methamphetamine;

(3) at least 100 grams of a mixture and substance containing a detectable amount of heroin;

(4) cocaine; and

(5) marijuana.

Count Seven charges defendant with aiding and abetting the possession with intent to distribute of approximately 7.75 grams of methamphetamine.

Count Eight charges defendant with aiding and abetting the possession with intent to distribute of approximately 2.37 grams of a mixture and substance containing a detectable amount of heroin.

**DEFENDANT'S PROPOSED STATEMENT OF THE CASE (Post-Voir Dire)**

The First Superseding Indictment ("Indictment") charges Gabriel Zendejas-Chavez with violations of federal criminal law. The Indictment is not evidence. Mr. Zendejas-Chavez has entered a plea of not guilty and is presumed innocent of the charges against him. The Indictment alleges that Mr. Zendejas-Chavez conspired with others to conduct or to participate in the affairs of the Mexican Mafia's Los Angeles County Jail System ("LACJ") Enterprise through a pattern of racketeering activity, including acts involving extortion and drug trafficking.

Mr. Zendejas-Chavez is a defense attorney. The Indictment alleges that Mr. Zendejas-Chavez acted as a facilitator, that is, a highest-level associate, for two Mexican Mafia members who controlled the Mexican Mafia LACJ Enterprise and would act with the authority of those members in directing the criminal activities of the Mexican Mafia LACJ Enterprise, including extortion and drug sales. In particular, the Indictment alleges that Mr. Zendejas-Chavez would use his position as an attorney to assist Mexican Mafia Member Jose Landa-Rodriguez, another now-deceased Mexican Mafia member, and other members of the LACJ Enterprise, with criminal activities.

Mr. Zendejas-Chavez is charged in four counts of the Indictment. Count One charges Mr. Zendejas-Chavez with conspiring to violate the federal Racketeer Influenced and Corrupt Organizations Act, also known as "RICO."

Count Five charges Mr. Zendejas-Chavez with conspiring to distribute methamphetamine, heroin, cocaine, and marijuana. Count Five further alleges that the overall conspiracy, to which Mr. Zendejas-Chavez is alleged to have been a member, involved the

following:

   (1)   at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine;
   (2)   at least 50 grams of methamphetamine;
   (3)   at least 100 grams of a mixture and substance containing a detectable amount of heroin;
   (4)   cocaine; and
   (5)   marijuana

   Count Seven charges Mr. Zendejas-Chavez with aiding and abetting the possession with intent to distribute of approximately 7.75 grams of methamphetamine.

   Count Eight charges Mr. Zendejas-Chavez with aiding and abetting the possession with intent to distribute of approximately 2.37 grams of a mixture and substance containing a detectable amount of heroin.

     Once again, the Indictment is not evidence.  Mr. Zendejas-Chavez has entered a plea of not guilty and is presumed innocent of the charges against him.