MEGHAN BLANCO (238171)
LAW OFFICES OF MEGHAN BLANCO
    28202 Cabot Road, Suite 300
    Laguna Niguel, California 92677
    Telephone: (949) 296-9869
    Facsimile: (949) 606-8988
    E-mail:   mblanco@meghanblanco.com

Attorney for Gabriel Zendejas-Chavez

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-cr-173-GW |
|---|---|
| Plaintiff, | DEFENDANT GABRIEL ZENDEJAS-CHAVEZ'S EX PARTE APPLICATION TO MODIFY BOND CONDITIONS DURING TRIAL |
| v. | |
| GABRIEL ZENDEJAS-CHAVEZ, | |
| Defendant. | |

    Defendant Gabriel Zendejas-Chavez, by and through his counsel, Meghan Blanco, files the instant ex parte request to modify bond conditions pending trial. Pretrial services and the USAO have indicated that they defer to the court.

                            Respectfully Submitted,

Dated: July 29, 2022

                            *//s// Meghan Blanco*
                            MEGHAN BLANCO
                            COUNSEL FOR DEFENDANT
                            GABRIEL ZENDEJAS-CHAVEZ

## EX PARTE APPLICATION

Defendant Chavez moves this Court, ex parte, to temporarily modify the terms of his bond conditions to allow him to adequately prepare for trial, which is scheduled to commence Tuesday, August 2, 2022. Specifically, Mr. Chavez seeks the following modifications: allow (1) Mr. Chavez to remain in downtown Los Angeles, within the vicinity of the First Street Federal Courthouse, before court commences, during the lunch hour, and after court concludes while trial is ongoing; and (2) reasonable personal time with advance notice to, and approval by, pretrial services.

Dated: July 29, 2022

                                    *//s// Meghan Blanco*
                                    MEGHAN BLANCO
                                    COUNSEL FOR DEFENDANT
                                    GABRIEL ZENDEJAS-CHAVEZ