UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 18-CR-173-GW |
|---|---|
| Plaintiff, | |
| v. | [proposed] ORDER RELATING TO SECURITY SCREENING OF DEFENDANT CHAVEZ |
| GABRIEL ZENDEJAS-CHAVEZ, | |
| Defendants. | Location: Courtroom of the Hon. George Wu |

Whereas, Defendant Gabriel Zendejas-Chavez has been ordered to wear an electronic monitor as a condition of his pretrial release. He is scheduled to begin trial on August 2, 2022, and will enter the Courthouse through the same entrance as prospective jurors.

Good having been shown, to prevent prospective jurors from seeing Mr. Chavez's electronic monitoring device, Court Security at the United States Courthouse located at 350 West First Street, Los Angeles, CA 90012, is directed to make reasonable efforts to avoid exposing defendant Gabriel Zendejas-Chavez's electronic monitoring ankle monitor in the presence of others when defendant Chavez enters through the security checkpoint at the First Street Courthouse. If

//

//

court security determines additional screening is appropriate, court security shall direct defendant Chavez to an area outside of public view.

1.

**SO ORDERED**, this \_\_\_\_ day of _____, 2022.

_____
THE HONORABLE GEORGE WU