# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR 18-173-GW | Date | August 2, 2022 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Javier Gonzalez | Terri A. Hourigan | Keith D. Ellison; Gregg E. Marmaro<br>Gregory Bernstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3. Gabriel Zendejas-Chavez | ✔ | | ✔ | Meghan A. Blanco | | | ✔ |

_____ Day COURT TRIAL     1st Day JURY TRIAL     _____ Death Penalty Phase

_____ One day trial;   _____ Begun (1st day);   ✔ Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified     _____ Exhibits admitted

_____ Government rests.     Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Alternates excused     _____ Jury retires to deliberate     _____ Jury resumes deliberations

_____ Finding by Court as follows:     _____ Jury Verdict as follows:

Dft # _____ _____ Guilty on count(s)     _____ Not Guilty on count(s)

_____ Jury polled     _____ Polling waived

_____ Filed Witness & Exhibit lists     _____ Filed Jury notes     _____ Filed Jury Instructions     _____ Filed Jury Verdict

Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # _____ remanded to custody.     Remand/Release# _____ issd.     Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

✔ Case continued to   August 3, 2022 at 8:15 a.m.   for further jury impaneling.

✔ Other: Jury impanelment held. Jury questionnaire is circulated and filled by jurors. Questionnaires are placed under seal.

                                                                  6  :  05

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Initials of Deputy Clerk    JG