# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 18-173-GW | Date | August 5, 2022 |
|---|---|---|---|

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

Interpreter    NONE

| Javier Gonzalez | None Present | Keith D. Ellison - not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 3. Gabriel Zendejas-Chavez | not | ✔ | | Meghan A. Blanco | not | | ✔ |

**PROCEEDINGS:    IN CHAMBERS - ORDER**

     The Court finds that juror number 205522349 meets the requirements for designation as a subsistence juror. The Court orders that juror number 205522349 be provided with the benefits of a subsistence juror beginning on August 5, 2022 and continuing for the duration of the trial in this matter.

     IT IS SO ORDERED.

Initials of Deputy Clerk    JG