UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. _CR 18-0173-GW_

Title:_USA v. Gabriel Zendejas-Chavez_

FILED
CLERK, U.S. DISTRICT COURT

AUG 23 2022

CENTRAL DISTRICT OF CALIFORNIA
BY         PK            DEPUTY

JURY NOTE NUMBER ___6___

_____     THE JURY HAS REACHED A UNANIMOUS VERDICT

_____     THE JURY REQUESTS THE FOLLOWING:

initial

Count 1 : 6 and 6          Count 1's Same (6 and 6)
↳ at one point was 9 not guilty, 3 guilty

Count 5 : 2 guilty, 10 not          6 guilty, 6 not

Count 7: 2 guilty, 10 not          3 guilty, 9 not

Count 8: no initial          ~~guilty,~~
          vote          6 guilty, 6 not

DATE: _8/23_          SIGNED:   **REDACTED**

TIME: _1:18_          FOREPERSON OF THE JURY