```
STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
Assistant United States Attorneys
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-5339/3183/6920/8500
     Facsimile: 213-894-0142
     E-mail: shawn.nelson@usdoj.gov
             gregory.bernstein@usdoj.gov
             keith.ellison2@usdoj.gov
             gregg.marmaro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:18-CR-00173(A)-GW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOSE LANDA-RODRIGUEZ, et al., | |
| Defendant. | |

Discovery pages DT58748-DT58750 are no longer subject to the discovery protective order in this case (docket number 582).

IT IS SO ORDERED.

_September 8, 2022_   _____
DATE                  HONORABLE GEORGE H. WU
                      UNITED STATES DISTRICT JUDGE

Presented by:

/S/ *Shawn J. Nelson*
SHAWN J. NELSON
Assistant United States Attorney