E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
KEITH D. ELLISON (Cal. Bar No. 307070)
GREGG E. MARMARO (Cal. Bar No. 338627)
Assistant United States Attorneys
International Narcotics, Money
Laundering, and Racketeering Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: 213-894-5339/6920/8500
Facsimile: 213-894-0142
E-mail: shawn.nelson@usdoj.gov
keith.ellison2@usdoj.gov
gregg.marmaro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE LANDA-RODRIGUEZ, et al.,

Defendants.

No. CR 18-173(A)-GW

UPDATED STATUS REPORT REGARDING PROPOSED TRIAL GROUPINGS AND SCHEDULES

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Shawn J. Nelson, Keith D. Ellison, and Gregg E. Marmaro, hereby files this updated status report regarding proposed trial groupings and schedules pursuant to the Court’s April 13, 2023 Order.

///

///

**Remaining Defendants**

The following defendants are pending trial in this case: Jose Landa-Rodriguez (#1), Gabriel Zendejas-Chavez (#2), Alvino Munoz (#4), Samantha Rivera (#6), Miriam Meza (#12), Ana Martinez (#13), and Adrian Araiza (#14).[1]

Defendants Rafael Lemus (#3) and Valentin Cordova (#10) are fugitives.

**Current Trial Dates**

The trial date for all remaining defendants is scheduled for October 24, 2023. All remaining defendants are currently joined for trial and a severance has not been granted.

**Proposed Trial Groupings and Dates**

The government previously proposed trial groups for the remaining defendants (Dkt. 3885) that are listed below with updates to reflect those defendants who are no longer pending trial. The government maintains that such groups provide the most efficient means for bringing the remaining defendants to trial.

| Group 1 | Group 2 |
|---|---|
| Landa-Rodriguez, Jose | Meza, Miriam |
| Zendejas-Chavez, Gabriel | Martinez, Ana |
| Munoz, Alvino | Araiza, Adrian |
| Rivera, Samantha | |

The government proposes proceeding to trial against the Group 2 defendants on October 24, 2023, as scheduled. The government proposes continuing the trial date for the Group 1 defendants to the

[1] Defendant Hector Duarte has entered into a plea agreement with the government and is pending a change of plea hearing.

earliest date convenient for the Court and defense counsel, at least one of whom is requesting a date in April 2024. The government does not object to the request.

**Defense Positions**

Counsel for defendant Samantha Rivera intends to request a continuance of the trial date to April 2024.

Counsel for defendant Adrian Araiza represents that defendant Araiza objects to being tried with any other defendant and objects to any further continuances of the trial date.

Dated: June 6, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/
SHAWN J. NELSON
KEITH D. ELLISON
GREGG E. MARMARO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA