E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS / CAMERON L. SCHROEDER
Assistant United States Attorneys
Chief, Criminal Division / Chief, National Security Division
SHAWN J. NELSON (Cal. Bar No. 185149)
GREGG E. MARMARO (Cal. Bar No. 338627)
Assistant United States Attorneys
International Narcotics, Money Laundering,
 and Racketeering Section
JENNA W. LONG (Cal. Bar No. 332192)
Assistant United States Attorney
Terrorism and Export Crimes Section
    1400/1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5339/8500/8692
    Facsimile: (213) 894-0142
    E-mail:    shawn.nelson@usdoj.gov
              gregg.marmaro@usdoj.gov
              jenna.long@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-173(B)-GW-1,3,6,16 |
|---|---|
| Plaintiff, | ORDER ALLOWING DISCLOSURE OF TRIAL TRANSCRIPTS |
| v. | |
| JOSE LANDA-RODRIGUEZ, et al., [#1-JOSE LANDA-RODRIGUEZ], [#3-GABRIEL ZENDEJAS-CHAVEZ], [#6-ALVINO MUNOZ], and [#16-SAMANTHA RIVERA], | Trial Date June 4, 2024 Trial Time: 8:30 a.m. Location: Courtroom of the Honorable George Wu |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record for the above-listed defendants with a copy of testimony of any witness the government may call at trial that the witness gave at any prior trial in this case or the related case, 2:18-CR-00172-GW. The purpose of this order is to enable defendants to prepare their

defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500, and Federal Rule of Criminal Procedure 16.

IT IS FURTHER ORDERED that defense counsel shall not disclose such transcripts to any other person or persons, except as necessary in preparation of the defense, without prior authorization from this Court.

IT IS SO ORDERED.

March 12, 2024
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

/S/ *Shawn J. Nelson*

SHAWN J. NELSON
Assistant United States Attorney

2