FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____rsm_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GABRIEL ZENDEJAS-CHAVEZ,<br><br>　　　　Defendant. | No. 2:18-CR-00173(D)-GW<br><br>S E C O N D<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[18 U.S.C. § 4: Misprision of a Felony] |

The United States Attorney charges:

[18 U.S.C. § 4]

Beginning on a date unknown, and continuing to on or about March 29, 2018, in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, defendant GABRIEL ZENDEJAS-CHAVEZ, having knowledge of the actual commission of a felony cognizable by a court of the United States, namely, Racketeer Influenced and Corrupt Organizations Conspiracy, in violation of Title 18, United States Code, Section 1962(d), which defendant ZENDEJAS-CHAVEZ knew at the time was a felony under the laws of the United States, knowingly concealed the same and did not

//

//

as soon as possible notify the same to any judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. Section 4.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Chief, Criminal Division

*Mack E. Jenkins*

J. MARK CHILDS
Assistant United States Attorney
Chief, International Narcotics, Money
 Laundering, and Racketeering Section

GREGG E. MARMARO
DANIEL H. WEINER
Assistant United States Attorneys
International Narcotics, Money
 Laundering, and Racketeering Section